UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. F. LAZOR, | No. 2:16-cv-0461 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DAVID S. WILDMAN, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has requested leave to proceed in forma pauperis.  However, plaintiff has already been found to be "struck out" under 28 U.S.C. § 1915(g). See Lazor v. McCluskey, 1:97-cv-6007 REC DLB P.[1] This being the case, plaintiff can proceed in forma pauperis only if there is a plausible allegation in his complaint that he is under imminent danger of serious physical injury. See Williams v. Paramo, 775 F.3d 1182, 1189 (9th Cir. 2014) (prisoner must make "plausible allegation" in his complaint that he is under imminent danger of serious physical injury to trigger exception to "three strikes" rule).  There is no such allegation.

/////

---

[1] Judgement in this case was entered March 31, 2003 and plaintiff did not appeal.

1

In light of the foregoing, plaintiff's request for leave to proceed in forma pauperis will be denied. Plaintiff will be granted fourteen days within which to pay the filing fee for this action. Failure to pay the filing fee within fourteen days may result in dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied.

2. Plaintiff is granted fourteen days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Dated: March 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lazo0461.3ks

2