UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.F. LAZOR,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID S. WILDMAN, et al.,<br><br>    Defendants. | No. 2:16-cv-0461 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On March 10, 2016, plaintiff was ordered to pay the $400 filing fee for this action within 14 days. Plaintiff has not paid the filing fee nor otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMNEDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

1

1 | time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | Dated:  April 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lazo0461.ftpf