UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID S. WILDMAN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0461 TLN CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that he could file objections.  Plaintiff has filed objections.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] The Court considers plaintiff's "amended" objections.  See ECF No. 11.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 14, 2016, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: August 8, 2016:

Troy L. Nunley
United States District Judge

2